UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, <br><br> Plaintiffs, <br><br> v. <br><br> LENOVO GROUP LIMITED, <br><br> Defendant. | Civil Action No. 6:23-cv-0068 <br><br><br><br> **JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Intellectual Ventures II LLC ("Intellectual Ventures II" or "IV"), for its complaint against Defendants Lenovo Group Limited ("LGL") hereby alleges:

## THE PARTIES

1.      Intellectual Ventures II is a Delaware limited liability company having its principal place of business located at 3150 139th Avenue SE, Bellevue, Washington 98005.

2.      Upon information and belief, LGL is a foreign corporation organized and existing under the laws of China, with its principal place of business located a No 6 Chuang Ye Road, Haidian District, Shangdi Information Industry Base, Beijing, 10085, China and may be served pursuant to the provisions of the Hague Convention.  Upon information and belief, LGL also has a principal place of business located at Lincoln House, 23rd Floor, Taikoo Place, 979 King's Road, Quarry Bay, Hong Kong, S.A.R.

3.      Upon information and belief, LGL is the parent company of a multinational conglomerate that operates under the name "Lenovo" and refers to itself and its subsidiaries as the "Group."  LGL purports to be a US$60 billion Fortune Global 500 company serving customers in 180 markets around the world, including within the United States where it is a leading

manufacturer and seller of laptop computers, desktop computers, smartphones, and tablets.  Upon information and belief, each member of the "Group", is directly or indirectly a wholly-owned subsidiary of LGL, which is the parent corporation or otherwise controls each member and are collectively referred to herein as "Lenovo".

4.    Upon information and belief, LGL and each member of the "Group" are party of the same corporate structure and distribution chain and have acted in concert with respect to the facts alleged herein such that any act of LGL is attributable to every other member and vice versa.

## NATURE OF THE ACTION, JURISDICTION, AND VENUE

5.    IV brings this action for patent infringement pursuant to 35 U.S.C. § 271, *et seq.* This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6.    This Court has personal jurisdiction over LGL.  LGL conducts business and has committed acts of direct and indirect infringement in this District, the State of Texas, and elsewhere in the United States.  Moreover, LGL actively directs its activities to customers located in the State of Texas and this District.

7.    For example, on information and belief Lenovo Group members, acting at the direction of LGL, sell within this District, the State of Texas and elsewhere in the United States products accused of infringement in this case.

8.    Venue is proper in this District under 28 U.S.C. § 1391(c) because LGL is a foreign corporation.  In addition, LGL has committed acts of patent infringement in this District and IV has suffered harm in this District.

## FACTUAL BACKGROUND

9.    Intellectual Ventures Management, LLC ("Intellectual Ventures") was founded in 2000.  Intellectual Ventures fosters inventions and facilitates the filing of patent applications for

those inventions; collaborates with others to develop and patent inventions; and acquires and licenses patents from individual inventors, universities, corporations, and other institutions. A significant aspect of Intellectual Ventures' business is managing the plaintiff in this case, Intellectual Ventures II.

10. One founder of Intellectual Ventures is Nathan Myhrvold, who worked at Microsoft from 1986 until 2000 in a variety of executive positions, culminating in his appointment as the company's first Chief Technology Officer ("CTO") in 1996. While at Microsoft, Dr. Myhrvold founded Microsoft Research in 1991 and was one of the world's foremost software experts. Between 1986 and 2000, Microsoft became the world's largest technology company.

11. Under Dr. Myhrvold's leadership, Intellectual Ventures acquired thousands of patents covering many important inventions of the Internet era, including many pertaining to the networked computers that comprise the Internet. Many of these inventions coincided with Dr. Myhrvold's successful tenure at Microsoft.

12. One area of particular and continuing importance in the Internet era is the remote management of networked devices. Device security management specifically, which is the management of devices with the goal of protecting them from harm and unauthorized use, is becoming more important with every passing year. Secure management of remotely located devices is essential for reliable, dependable, and highly available systems that are resilient to attack, responsive to customer's needs and affordable to operate.

13. Historically, the combination of remote management and secure management were not coextensive. As a result, networked devices were traditionally managed by physically isolating them, either individually or in small groups, from other parts of the network. An administrator for example, would typically co-locate several devices and limit physical access of those devices to

select authorized employees.  Any management of the devices would have to be performed while one of those employees was physically present with the devices.  Such solutions became cost-prohibitive, in terms of both time and personnel, as networks grew and expanded over geographically dispersed areas.

14.     When it became no longer feasible to have an administrator present at the location of every device in the network, many network administrators began allowing authorized employees to perform remote maintenance on networked devices.  Enabling a device for remote management avoids the cost and delay of dispatching a person to the remote site, however, could potentially allow a determined intruder to utilize the remote access means for an attack if the remote management solution is not highly secure.

15.     Remote management of network devices was performed over either "in-band" or "out-of-band" network connections.  "In-band" management occurred over the same network that user data traversed, meaning that management data and user data flowed over the same network. "Out-of-band" management occurred using a means other than the network utilized for user data. Both "in-band" and "out-of-band" management did not have the appropriate level of security to prevent against potential attacks.

16.     A disadvantage of out-of-band management arose because it bypassed several important network security systems that were employed by user data networks.  These systems included virtual private networks (VPNs), firewalls, access control lists (ACLs) and authentication servers. As a result, out-of-band management made the network and its connected devices more vulnerable, in some ways, against malicious attacks.

17.     In-band management also has its challenges.  One is the comingling of user data and management data. Comingling of user and management data provides an opportunity for

rogues to compromise management data from within the network itself, particularly if the administrator failed to implement a robust authentication scheme for other authorized administrators or employees. VPNs existed, which protected management data while it flowed over the in-band network, but even with VPNs, there was commingling of user data and management data in the device itself. In another example, existing authentication schemes, such as placing sole reliance on HTTPS authentication, were not always as robust as they needed to be. Problems such as comingling and authentication could be addressed by adding additional devices that implemented these features, which would be placed within or near the managed device. But such other devices would add cost and occupy extra space.

18.     To overcome these obstacles, Engedi Technologies ("Engedi"), an early developer of network security solutions focused on secure remote management technology and the original assignee of the patents-in-suit, developed the Secure Remote Management System (SRM). SRM provided an authenticated and encrypted secure tunnel between an SRM appliance co-located with a managed device, and a centralized network management center. These secure network tunnels provided multi-pathed communication capability for the remote management of network devices.[1]

19.     SRM provided in-band and out-of-band secured network connections from the SRM appliance to the network management center, thus making available multiple and diverse robust paths for reporting status information to monitoring stations or allowing for remote

---

[1]     For instance as described by Engedi at:
https://web.archive.org/web/20050309054746/http://www.engedi.net/focus.htm and
https://web.archive.org/web/20050130064915/http://www.engedi.net/documents/SecureRemote
Management_ver2p5.pdf

configuration of the device.  Compared to prior designs, this diverse and robust multi-path capability was a significant advantage.

20.     Engedi patented many key features of the SRM between 2002 and 2006.

21.     Defendant makes, uses, and sells servers and network devices that include embedded secure management processors marketed under the Integrated Management Module II ("IMM2") and XClarity Controller ("XCC") brands (collectively "accused processors"), as well as purpose-built software that supports operation of the accused processors.  These accused processors and purpose-built software are embedded in Defendants' ThinkSystem, System x, and Flex System x, and BladeCenter servers, among others, as well as other solutions based on the aforementioned servers.

## THE PATENTS-IN-SUIT

22.     On January 29, 2008, the PTO issued United States Patent No. 7,325,140 ("the '140 patent"), titled SECURE MANAGEMENT ACCESS CONTROL FOR COMPUTERS, EMBEDDED AND CARD EMBODIMENT.

23.     The '140 patent is valid and enforceable.  A copy of the '140 patent is attached as Exhibit A.

24.     Intellectual Ventures II LLC is the owner and assignee of all rights, title, and interest in the '140 patent, including the rights to grant licenses, to exclude others, and to recover past damages for infringement of that patent.

25.     The '140 patent is directed to a remote device management communication system including a secure management access controller embedded within and in direct communication with a managed networked device.  The system enables a remote administrator to securely access, support and manage networked devices that may be geographically dispersed or otherwise not

physically accessible. Further, the management system includes in-band and out-of-band connection capability and employs virtualization to enhance security.

26.     On June 25, 2013, the PTO issued United States Patent No. 8,474,016 ("the '016 patent"), titled SECURE MANAGEMENT ACCESS CONTROL FOR COMPUTERS, EMBEDDED AND CARD EMBODIMENT.

27.     The '016 patent is valid and enforceable. A copy of the '016 patent is attached as Exhibit B.

28.     Intellectual Ventures II LLC is the owner and assignee of all rights, title, and interest in the '016 patent, including the rights to grant licenses, to exclude others, and to recover past damages for infringement of that patent.

29.     The '016 patent is directed to a computer network management apparatus and method for remotely and securely managing a networked device. The apparatus includes a processor configured to control one or more functions of a network device having a network interface, wherein the network device is configured to receive data requests and an encrypted form of management requests via the network interface, wherein the management requests are from a remote administrator; a first bus; a bus controller coupled to the processor via the first bus, wherein the bus controller is also coupled to a second bus of the network device that is distinct from the first bus; wherein the bus controller is configured to receive the encrypted form of the management requests from the second bus, and to convey the encrypted form of the management requests to the processor via the first bus; wherein the processor is configured to decrypt the encrypted form of the management requests; wherein the network device includes a processor configured to facilitate operation of the network device; and wherein the processor of the apparatus is distinct from the processor included in the network device.

30.     The inventions claimed in the '140 and '016 patents were conceived by Jeffrey Alan Carley during his time as CTO and Co-Founder of Engedi.  As noted above, Engedi created a secure remote management system to meet the need for a cost saving, highly secure method to access and manage remotely located devices in a distributed network.  The system had a particular focus on preventing malicious attacks from insiders and resiliency in the event of path failures.  Mr. Carley was an integral part of Engedi's technology development, architecting and overseeing the entire process, including managing funding, vendor and partner relationships and intellectual property growth.  He has over 25 years of experience in the computer networking industry with major strengths in hybrid cloud networking, network architecture design and implementation, and network security and management at companies such as AIS, Pearson, TEKsystems, HPE, Modis, MCI and IBM.  Mr. Carley also holds the National Security Agency (NSA) InfoSec Assessment Management Methodology (IAM) certification and is a member of the IEEE, the Computer Society of the IEEE, the Information Systems Security Association and the Center for Internet Security.  He is currently a Cloud Infrastructure Consultant at Applied Information Sciences and resides in Colorado Springs, Colorado.

## COUNT I
(Defendant's Infringement of U.S. Patent No. 7,325,140)

31.     The preceding paragraphs are reincorporated by reference as if fully set forth herein.

32.     The '140 patent claims and teaches, *inter alia*, an improved way to provide secure remote management for devices by deeply embedding the necessary secure remote management hardware and software in the managed device itself.  The inventions improved upon then-existing remote access/management security techniques by combining such hardware with a virtual management interface for logically separating user data from management data when using in-

band management techniques. They added critical features to in-band management such as enabling separation of management and user data when administrators used in-band management all the way up to the network port itself. They accomplished this by creating a virtual interface at the physical port that accepts management and user data to keep the two data types segregated from end to end, including within the managed device, and not just on the network. Furthermore, this was accomplished without requiring adding more devices in or around the managed device by embedding the secure remote management hardware and software into the managed device itself. This realized significant costs savings for customers that otherwise would have had to add more devices that took up more space substantially increasing cost. Further security and redundancy improvements were provided by the establishment of a separate purpose-built network connection interface for the secure remote management of the device over an out-of-band connection.

33.     More specifically, the claims of the '140 patent recite a remote device management communication system for securely controlling access to management applications and communications to and from said management applications on network devices in a distributed computer network. The system includes one or more network services, one or more secure management access controllers, and one or more managed network devices. Further, the system includes at least one secure management access controller connected to one or more data buses of the managed network device for communication of device management data, as well as an out-of-band access connection means for connecting one or more network services or remote users with the secure management access controller for management of the network device. In addition, the system includes at least one virtual management interface connection means for connecting said one or more network services or remote users with the secure management access controller, where the virtual management connection means provides logical separation of management data from

user data and utilizes user interfaces of said managed network element for connecting said one or more network services or remote users with the secure management access controller.

34.    The system covered by the asserted claims, therefore, differs markedly from the prior systems in use at the time of this invention, which lacked the claimed combination of the secure management access controller connected to a managed network device, an out-of-band connection means for connecting one or more network services or remote users with the secure management access controller, and a virtual management interface connection means for providing logical separation of management data and user data and for utilizing user interfaces of the managed device to also connect one or more network services or remote users with the secure management access controller.

35.    Defendant has directly infringed, and continues to directly infringe at least claim 1 of the '140 patent by making, using, testing, selling, offering for sale, and importing into the United States products and services covered by one or more claims of the '140 patent. Defendant's products and services that infringe the '140 patent include all products and services that use an IMM2 or XCC embedded processor, which include the System x, NeXtScale, Flex System, BladeCenter, and ThinkSystem servers series, and any chassis/enclosures such products may be housed in, as well as any other of Defendant's products and services, either alone or in combination, that operate in substantially the same manner (together, the "Accused '140 Products").

36.    Claim 1 of the '140 patent is reproduced below:

*1. A remote device management communication system for securely controlling access to management applications and communications to and from said management applications on network devices in a distributed computer network that includes one or more network services, one or more secure management access controllers, and one or more managed network devices, the remote device management system comprising:*

*at least one secure management access controller connected to one or more data bus of said managed network device for the communication of device management data;*

*an out-of-band access connection means for connecting said one or more network services or remote users with said secure management access controller for management of said network device; and*

*at least one virtual management interface connection means for connecting said one or more network services or remote users with said secure management access controller;*

*wherein said virtual management interface connection means provides logical separation of management data from user data and utilizes user interfaces of said managed network element for connecting said one or more network services or remote users with said secure management access controller.*

37.    The Accused '140 Products each provide a remote device management communication system for securely controlling access to management applications and communications to and from said management applications on network devices in a distributed computer network that includes one or more network services, one or more secure management access controllers, and one or more managed network devices.  As one example, the Accused '140 Products are network devices, modules and nodes capable of being configured in a distributed computer network, such as the Lenovo ThinkSystem SD650-N V2, ThinkSystem SN550 V2, and ThinkSystem SN550 (Xeon SP Gen 1) servers that support the XCC Standard, SXX Advanced and XCC Enterprise integrated service processors for controlling and securing remote management applications and services as well as communications regarding the same, as seen below:

## Lenovo XClarity Controller

Language: English ⌄

The Lenovo XClarity Controller (XCC) is the next generation management controller for Lenovo ThinkSystem servers.

- Lenovo XClarity Controller with Intel Xeon SP (1st, 2nd Gen)

- Lenovo XClarity Controller with Intel Xeon SP (3rd Gen) and AMD EPYC (2nd, 3rd Gen)

- Lenovo XClarity Controller REST API reference

The following table lists the server models supported by LXCC Products:

Table 1. Server models supported by LXCC

| Lenovo XClarity Controller | Server models | |
|---|---|---|
| Lenovo XClarity Controller with Intel Xeon SP (1st, 2nd Gen) | • SD530<br>• SD650<br>• SE350<br>• SN550<br>• SN850<br>• ST250<br>• ST258<br>• ST550<br>• ST558 | • SR570<br>• SR590<br>• SR630<br>• SR650<br>• SR670<br>• SR850<br>• SR850p<br>• SR860<br>• SR950 |
| Lenovo XClarity Controller with Intel Xeon SP (3rd Gen) and AMD EPYC (2nd, 3rd Gen) | • SD630 V2<br>• SD650 V2<br>• SD650–N V2<br>• SN550 V2<br>• ST650 V2 | • SR630 V2<br>• SR645<br>• SR650 V2<br>• SR665<br>• SR670 V2<br>• SR850 V2<br>• SR860 V2 |

Source:
https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Fremotecontrol_thinksystem_use.html

## Server support

The following table shows what level of XCC is included with each ThinkSystem server.

Table 3. Server support

| Server | XCC Standard | XCC Advanced | XCC Enterprise |
|---|---|---|---|
| **ThinkSystem V2 servers** | | | |
| ST650 V2 (7Z74/7Z75) | Supported | Supported | Supported |
| SR630 V2 (7Z70/7Z71) | Supported | Supported | Supported |
| SR650 V2 (7Z72/7Z73) | Supported | Supported | Supported |
| SR670 V2 (7Z22/7Z23) | Supported | Upgrade | Upgrade |
| SR850 V2 (7D31 / 7D32 / 7D33) | N/A | N/A | All models |
| SR860 V2 (7Z59 / 7Z60) | N/A | N/A | All models |
| SD630 V2 (7D1K) | Supported | Upgrade | Upgrade |
| SD650 V2 (7D1M) | Supported | Upgrade | Upgrade |
| SD650-N V2 (7D1N) | Supported | Upgrade | Upgrade |
| SN550 V2 (7Z69) | N/A | N/A | All models |
| **ThinkSystem V1 servers** | | | |
| SE350 ( 7Z46 / 7D1X) | Supported | Most models** | Some models** |
| ST50 (7Y48/7Y50) | Not supported | Not supported | Not supported |
| ST250 (7Y45/7Y46) | Most models* | Upgrade | Upgrade |
| SR150 (7Y54) | Most models* | Upgrade | Upgrade |
| SR250 (7Y51/7Y52) | Most models* | Upgrade | Upgrade |
| ST550 (7X09 / 7X10) | Most models* | Upgrade | Upgrade |
| SR530 (7X07 / 7X08) | Most models* | Upgrade | Upgrade |
| SR550 (7X03 / 7X04) | Most models* | Upgrade | Upgrade |
| SR570 (7Y02 / 7Y03) | Most models* | Upgrade | Upgrade |
| SR590 (7X98 / 7X99) | Most models* | Upgrade | Upgrade |
| SR630 (7X01 / 7X02) | Most models* | Upgrade | Upgrade |
| SR635 (7Y98 / 7Y99) | Not supported | Not supported | Not supported |
| SR645 (7D2Y/7D2X) | Most models* | Upgrade | Upgrade |
| SR650 (7X05 / 7X06) | Most models* | Upgrade | Upgrade |
| SR655 (7Y00 / 7Z01) | Not supported | Not supported | Not supported |
| SR665 (7D2W/7D2V) | Most models* | Upgrade | Upgrade |
| SR670 (7Y36 / 7Y37 / 7Y38) | Configure-to-order | Configure-to-order | Configure-to-order |
| SR850 (7X18 / 7X19) | N/A | Most models** | Upgrade |
| SR850P (7D2F / 2D2G) | N/A | N/A | Most models** |
| SR860 (7X69 / 7X70) | N/A | Most models** | Upgrade |
| SR950 (7X11 / 7X12 / 7X13) | N/A | N/A | All models |
| SD530 (7X21) | Most models* | Upgrade | Upgrade |
| SD650 (7X58) | Configure-to-order | Configure-to-order | Configure-to-order |
| SN550 (7X16) | N/A | N/A | All models |
| SN850 (7X15) | N/A | N/A | All models |

## Part numbers

Models of ThinkSystem servers come with either XClarity Controller Standard, Advanced or Enterprise, depending on the server type and the model. The servers will be delivered with the stated version already active. The following table shows the field upgrades available for models that come with XCC Standard or XCC Advanced.

Source: https://lenovopress.com/lp0880-xcc-support-on-thinksystem-servers

# Lenovo ThinkSystem SD650-N V2 Server

**Manageability and security**

The following powerful systems management features simplify local and remote management of the SD650-N V2 server:

- The server includes an XClarity Controller (XCC) to monitor server availability. Optional upgrade to XCC Advanced to provide remote control (keyboard video mouse) functions. Optional upgrade to XCC Enterprise enables the additional support for the mounting of remote media files (ISO and IMG image files), boot capture, and power capping.

- Lenovo XClarity Administrator offers comprehensive hardware management tools that help to increase uptime, reduce costs and improve productivity through advanced server management capabilities.

- Lenovo XClarity Provisioning Manager, based in UEFI and accessible from F1 during boot, provides system inventory information, graphical UEFI Setup, platform update function, RAID Setup wizard, operating system installation function, and diagnostic functions.

- Support for Lenovo XClarity Energy Manager which captures real-time power and temperature data from the server and provides automated controls to lower energy costs.

Source: https://lenovopress.lenovo.com/lp1396-thinksystem-sd650-n-v2-server

The rear of the enclosure contains the power supplies, cooling water manifolds, and the System Management Module, as shown in the following figure.



Source: https://lenovopress.lenovo.com/lp1396-thinksystem-sd650-n-v2-server

**System architecture**

The following figure shows the architectural block diagram of the SD650-N V2 with one PCIe slot and support for two drives. The GPUs each have a PCIe 4.0 x16 connection to the processors.



Source: https://lenovopress.lenovo.com/lp1396-thinksystem-sd650-n-v2-server

| System Management Module (SMM) | The hot-swappable System Management Module (SMM2) is the management device for the enclosure. Provides integrated systems management functions and controls the power and cooling features of the enclosure. Provides remote browser and CLI-based user interfaces for remote access via the dedicated Gigabit Ethernet port. Remote access is to both the management functions of the enclosure as well as the XClarity Controller (XCC) in each server. |
|---|---|
| | The SMM has two Ethernet ports which enables a single incoming Ethernet connection to be daisy chained across 6 enclosures and 36 servers, thereby significantly reducing the number of Ethernet switch ports needed to manage an entire rack of SD650-N V2 servers and enclosures. |
| Ports | Two RJ45 port on the rear of the enclosure for 10/100/1000 Ethernet connectivity to the SMM for power and cooling management. |

| Systems management | Browser-based enclosure management through an Ethernet port on the SMM at the rear of the enclosure. Integrated Ethernet switch provides direct access to the XClarity Controller (XCC) embedded management of the installed servers. Servers provide more management features. |
|---|---|

Source: https://lenovopress.lenovo.com/lp1396-thinksystem-sd650-n-v2-server

# Lenovo ThinkSystem SN550 V2 Server

**Manageability and security**

The following powerful systems management features simplify the local and remote management of the SN550 V2:

- Support for Lenovo XClarity Administrator, providing auto-discovery, inventory tracking, monitoring, policy-based firmware updates, address pool management, configuration patterns and operating system installation.
- The server includes an XClarity Controller (XCC) management processor to monitor server availability and perform remote management. XCC Enterprise is supported as standard, which enables remote KVM, mounting of remote media files (ISO and IMG image files), boot capture, and power capping.
- UEFI-based Lenovo XClarity Provisioning Manager, accessible from F1 during boot, provides system inventory information, graphical UEFI Setup, platform update function, RAID Setup

Source: https://lenovopress.lenovo.com/lp1397-thinksystem-sn550-v2-server



(/assets/images/LP1397/SN550%20V2%20front%20view%20with%20callouts.png)
Figure 2. Front view of the ThinkSystem SN550 V2 server

Source: https://lenovopress.lenovo.com/lp1397-thinksystem-sn550-v2-server

**System architecture**

The following figure shows the architectural block diagram of the SN550 V2, showing the major components and their connections.



(/assets/images/LP1397/SN550%20V2%20block%20diagram.png)
Figure 5. SN550 V2 system architectural block diagram

Source: https://lenovopress.lenovo.com/lp1397-thinksystem-sn550-v2-server

**System management**

The server contains an integrated service processor, XClarity Controller (XCC), which provides advanced service-processor control, monitoring, and alerting functions. The XCC is based on the Pilot4 XE401 baseboard management controller (BMC) using a dual-core ARM Cortex A9 service processor.

**Local management**

As shown in Figure 2, the SN550 V2 front panel includes a USB port, status indicators, a button to enable management via the USB port and a console breakout cable port. The breakout cable is supplied with the chassis and provides serial, video and two USB 2.0 ports for connecting a local console. The USB ports on the breakout cable support keyboard and mouse; storage devices are not supported.

Source: https://lenovopress.lenovo.com/lp1397-thinksystem-sn550-v2-server

# Lenovo ThinkSystem SN550 Server (Xeon SP Gen 1)

**Manageability and security**

The following powerful systems management features simplify the local and remote management of the SN550:

- Support for Lenovo XClarity Administrator, providing auto-discovery, inventory tracking, monitoring, policy-based firmware updates, address pool management, configuration patterns and operating system installation.
- The server includes an XClarity Controller (XCC) to monitor server availability and perform remote management. XCC Enterprise is supported as standard, which enables remote KVM, mounting of remote media files (ISO and IMG image files), boot capture, and power capping.
- UEFI-based Lenovo XClarity Provisioning Manager, accessible from F1 during boot, provides system inventory information, graphical UEFI Setup, platform update function, RAID Setup wizard, operating system installation function, and diagnostic functions

Source: https://lenovopress.com/lp0637-thinksystem-sn550-server-xeon-sp-gen-1



Figure 2. Front view of the ThinkSystem SN550 Compute Node

Source: https://lenovopress.com/lp0637-thinksystem-sn550-server-xeon-sp-gen-1

**System architecture**

The following figure shows the architectural block diagram of the SN550, showing the major components and their connections.



Figure 4. SN550 system architectural block diagram

Source: https://lenovopress.com/lp0637-thinksystem-sn550-server-xeon-sp-gen-1

**System Management**

The server contains an integrated service processor, XClarity Controller (XCC), which provides advanced service-processor control, monitoring, and alerting functions. The XCC is based on the Pilot4 XE401 baseboard management controller (BMC) using a dual-core ARM Cortex A9 service processor.

**Local management**

As shown in Figure 2, the SN550 front panel includes a USB port, status indicators, a button to enable management via the USB port and a console breakout cable port. The breakout cable supplied with the chassis provides serial, video and a USB port for connecting a local console. The USB ports on the breakout cable support keyboard and mouse; storage devices are not supported.

Source: https://lenovopress.com/lp0637-thinksystem-sn550-server-xeon-sp-gen-1

# Lenovo XClarity Administrator™



Centralized resource-management solution designed to reduce complexity, speed response, and enhance the availability of Lenovo ThinkSystem and ThinkAgile solutions.

# Lenovo XClarity Orchestrator



Lenovo XClarity Orchestrator provides centralized monitoring, management, and analytics for environments with large numbers of devices. It leverages existing XClarity Administrator across multiple instances to view overall health, collect device inventory and health summaries, drill down into device details, and view event and audit logs.

Source: https://www.lenovo.com/us/en/data-center/software/management/

Lenovo XClarity Administrator >
Managing servers

Language: [English ▾]

## Using remote control

From the Lenovo XClarity Administrator web interface, you can open a remote-control session to a managed server as if you were at a local console. You can use the remote-control session to perform operations such as powering on or off the server, and logically mounting a local or remote drive.

Source:
https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Fremotecontrol_thinksystem_use.html/



Source:
https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Fremotecontrol_thinksystem_use.html/

**Note:** The XClarity Administrator does not modify the security settings or cryptographic settings (cryptographic mode and the mode used for secure communications) during the management process. You can modify the cryptographic settings after the system is managed (see Configuring cryptography settings).

Source:
https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Fsetup_managesystems.html

## 6.3 Lenovo XClarity

*Systems management* of a cluster includes hardware management, Operating System, and Caffe applications management.

*Hardware management* uses the Lenovo XClarity Administrator, which is a centralized resource management solution that reduces complexity, speeds up response and enhances the availability of Lenovo server systems and solutions. XClarity is used to install the OS onto new worker nodes; update firmware across the cluster

Source: https://lenovopress.lenovo.com/lp0892.pdf

Lenovo XClarity Administrator provides a central interface to perform the following functions for all managed endpoints.

- **Hardware management**

  Lenovo XClarity Administrator provides agent-free hardware management. It can automatically discover manageable endpoints, including Flex System chassis and components, System x, NeXtScale, and ThinkServer servers, and RackSwitch switches. Inventory of the discovered endpoints is also gathered, so an at-a-glance view of the managed hardware inventory and status is possible.

- **Configuration management**

  You can quickly provision and pre-provision all of your servers using a consistent configuration. Configuration settings (such as local storage, I/O adapters, boot settings, firmware, ports, and IMM and UEFI settings) are saved as a server pattern that can be applied to one or more managed servers. When the server patterns are updated, the changes are automatically deployed to the applied servers.

- **User management**

  Lenovo XClarity Administrator provides a centralized authentication server to create and manage user accounts and to manage and authenticate user credentials. The authentication server is created automatically when you start the management server for the first time. The user accounts that you create for Lenovo XClarity Administrator are also used to log in to managed chassis and servers.

Source:

https://cc.cnetcontent.com/inlinecontent/mediaserver/test/14a/7ec/14a7ec57d22b46889233979 01fb26f15/original.pdf

Lenovo XClarity Administrator is a centralized, resource-management solution that simplifies infrastructure management, speeds responses, and enhances the availability of Lenovo® server systems and solutions. It runs as a virtual appliance that automates discovery, inventory, tracking, monitoring, and provisioning for server, network, and storage hardware in a secure environment.

Source:

https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.systems.management.xc c.doc%2Fproduct_page.html&cp=2_0

## Implementing a secure environment

Consider the following information when you are evaluating the security requirements for your environment:

- The physical security of your environment is important; limit access to rooms and racks where systems-management hardware is kept.

- Use a software-based firewall to protect your network hardware and data from known and emerging security threats such as viruses and unauthorized access.

- Do not change the default security settings for the network switches and pass-thru modules. The manufacturing default settings for these components disable the use of unsecure protocols and enable the requirement for signed firmware updates.

- The management applications for the CMMs, baseboard management controllers, FSPs, and switches permit only signed firmware-update packages for these components to ensure that only trusted firmware is installed.

- Only the users who are authorized to update firmware components should have firmware-update authority.

- Use the various authorization levels that are available for different users in your environment. Do not allow all users to work with the same supervisor user ID.

- Ensure that your environment meets the following NIST 800-131A criteria to support secure communications:

  – Use Secure Sockets Layer (SSL) over the TLS v1.2 protocol.

  – Use SHA-256 or stronger hashing functions for digital signatures and SHA-1 or stronger hashing functions for other applications.

  – Use RSA-2048 or stronger, or use NIST approved Elliptic Curves that are 224 bits or stronger.

Source:

https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Fsecurity_implement.html

Lenovo XClarity Administrator >
Managing servers

 Language: English

## Using remote control

From the Lenovo XClarity Administrator web interface, you can open a remote-control session to a managed server as if you were at a local console. You can use the remote-control session to perform operations such as powering on or off the server, and logically mounting a local or remote drive.

Source:

https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Fremotecontrol_thinksystem_use.html/

**Configuring the Ethernet settings**

The XClarity Controller uses two network controllers. One network controller is connected to the dedicated management port and the other network controller is connected to the shared port. Each of

Source:
https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.systems.management.xcc.doc%2FNN1ia_c_configuringethernet.html

# Controlling access to specific devices

When devices are initially managed by Lenovo XClarity Administrator, a predefined set of role groups have permission to access the devices by default. You change the role groups that can access specific managed devices. When permission is given to certain role groups, only users that are members of those role groups can see and act on those specific devices.

Source:
https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Faccesscontrol_setspecificdevices.html

**Configuring DNS**

Use the information in this topic to view or change XClarity Controller Domain Name System (DNS) settings.

**Note:** In a Flex System, DNS settings cannot be modified on the XClarity Controller. DNS settings are managed by the CMM.

Click **Network** under **BMC Configuration** to view or modify XClarity Controller DNS settings.

Source:
https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.systems.management.xcc.doc%2FNN1ia_c_configuringDNS.html

**Introduction**

Most Lenovo ThinkSystem servers contain an integrated service processor, XClarity Controller (XCC), which provides advanced service-processor control, monitoring, and alerting functions. The XCC consolidates the service processor functionality, super I/O, video controller, and remote presence capabilities into a single chip on the server system board. The XCC is based on the Pilot4 XE401 baseboard management controller (BMC) using a dual-core ARM Cortex A9 service processor.

Source: https://lenovopress.com/lp0880-xcc-support-on-thinksystem-servers

**System architecture**

The following figure shows the architectural block diagram of the SN550, showing the major components and their connections.



Figure 4. SN550 system architectural block diagram

Source: https://lenovopress.com/lp0637-thinksystem-sn550-server-xeon-sp-gen-1

**System architecture**

The following figure shows the architectural block diagram of the SD650-N V2 with one PCIe slot and support for two drives. The GPUs each have a PCIe 4.0 x16 connection to the processors.



Source: https://lenovopress.lenovo.com/lp1397-thinksystem-sn550-v2-server

**System architecture**

The following figure shows the architectural block diagram of the SN550 V2, showing the major components and their connections.



(/assets/images/LP1397/SN550%20V2%20block%20diagram.png)
Figure 5. SN550 V2 system architectural block diagram

Source: https://lenovopress.lenovo.com/lp1396-thinksystem-sd650-n-v2-server

38.     Furthermore, the Accused '140 Products comprise at least one secure management access controller connected to one or more data busses of said managed network device for the communication of device management data.  For example, the Accused '140 Products may include an XCC processor, which controls remote management functions and communications regarding the same.

**Introduction**

Most Lenovo ThinkSystem servers contain an integrated service processor, XClarity Controller (XCC), which provides advanced service-processor control, monitoring, and alerting functions. The XCC consolidates the service processor functionality, super I/O video controller, and remote presence capabilities into a single chip on the server system board. The XCC is based on the Pilot4 XE401 baseboard management controller (BMC) using a dual-core ARM Cortex A9 service processor.

Source: https://lenovopress.com/lp0880-xcc-support-on-thinksystem-servers

# 6.3 Lenovo XClarity

*Systems management* of a cluster includes hardware management, Operating System, and Caffe applications management.

*Hardware management* uses the Lenovo XClarity Administrator, which is a centralized resource management solution that reduces complexity, speeds up response and enhances the availability of Lenovo server systems and solutions. XClarity is used to install the OS onto new worker nodes; update firmware across the cluster

Source: https://lenovopress.lenovo.com/lp0892.pdf

**System architecture**

The following figure shows the architectural block diagram of the SN550, showing the major components and their connections.



Figure 4. SN550 system architectural block diagram

Source: https://lenovopress.com/lp0637-thinksystem-sn550-server-xeon-sp-gen-1

**System architecture**

The following figure shows the architectural block diagram of the SD650-N V2 with one PCIe slot and support for two drives. The GPUs each have a PCIe 4.0 x16 connection to the processors.



Source: https://lenovopress.lenovo.com/lp1397-thinksystem-sn550-v2-server

**System architecture**

The following figure shows the architectural block diagram of the SN550 V2, showing the major components and their connections.



(/assets/images/LP1397/SN550%20V2%20block%20diagram.png)
Figure 5. SN550 V2 system architectural block diagram

Source: https://lenovopress.lenovo.com/lp1396-thinksystem-sd650-n-v2-server

39.    The Accused '140 Products further comprise an out-of-band access connection means for connecting said one or more network services or remote users with said secure management access controller for management of said network device.  For example, connectivity to the XCC processor for remote device management can be over a dedicated management connection, giving remote administrators a secure out-of-band management solution, as illustrated below:

## 6.3 Lenovo XClarity

*Systems management* of a cluster includes hardware management, Operating System, and Caffe applications management.

*Hardware management* uses the Lenovo XClarity Administrator, which is a centralized resource management solution that reduces complexity, speeds up response and enhances the availability of Lenovo server systems and solutions. XClarity is used to install the OS onto new worker nodes; update firmware across the cluster

Source: https://lenovopress.lenovo.com/lp0892.pdf

Updating a storage HBA controller's firmware through out-of-band(OOB)channels like XCC Web GUI might fail.

(where HBA = Host Bus Adapter, XCC = Lenovo XClarity Controller)

When system POST completes, XCC starts to scan each storage controller in the system. If a storage HBA controller does not respond to XCC correctly at that time, XCC will mark it as problematic. Afterwards, if user try to update the controller's firmware through an OOB channel, a failure will occur.

Source:

https://datacentersupport.lenovo.com/il/en/products/servers/thinksystem/sr650/7x05/solutions/ht508305

## Introduction

Most Lenovo ThinkSystem servers contain an integrated service processor, XClarity Controller (XCC), which provides advanced service-processor control, monitoring, and alerting functions. The XCC consolidates the service processor functionality, super I/C video controller, and remote presence capabilities into a single chip on the server system board. The XCC is based on the Pilot4 XE401 baseboard management controller (BMC) using a dual-core ARM Cortex A9 service processor.

Source: https://lenovopress.com/lp0880-xcc-support-on-thinksystem-servers

## Controlling access to specific devices

When devices are initially managed by Lenovo XClarity Administrator, a predefined set of role groups have permission to access the devices by default. You change the role groups that can access specific managed devices. When permission is given to certain role groups, only users that are members of those role groups can see and act on those specific devices.

Source:

https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Faccesscontrol_setspecificdevices.html

## Isolated management network

The use of a separate management network is always a preferred practice for the isolation of data and management environments. An isolated management network can be used in a lights-out environment to provide out-of-band connectivity to locate and troubleshoot issues that might span across the data network and multiple servers. In today's data centers, this network often consists of a dedicated management switch that uses 1 Gb connectivity.

Figure 7 shows Lenovo Switching products that are connecting to a separate 1 Gb Management for out-of-band management. Server management ports (XCC and IMM2), as well as switch management ports, should be connected to this out-of-band network so that they can be reachable in the event of an outage or another issue on the main data network.



*Figure 7   Out of Band 1G Management connectivity*

Source: https://lenovopress.lenovo.com/lp1068.pdf

## Configuring a dedicated or shared network port

The SR950 offers two RJ45 ports that you can use to access XCC remotely, either the dedicated management port shown in Figure 5-27 on page 143, or via a port on an installed Ethernet LOM adapter which will be shared with the installed operating system. You select the port by setting Dedicated or Shared for the Network Interface Port in the Network Configuration panel of F1 setup.

Source: https://lenovopress.lenovo.com/lp0746.pdf

**Default local network access to XCC**

The default network connection for the XCC on the SR950 is through the System Management port on the back of the server as shown in Figure 5-27.



*Figure 5-27   XClarity Controller (XCC) port on the rear of the SR950*

The XCC network access label is on the front of the server accessible via a pull-out tab. The label provides the default IPv4 host name and default IPv6 link local address of the XCC. A sample label is shown in Figure 5-28 on page 144.

Source:  https://lenovopress.lenovo.com/lp0746.pdf

40.    In addition, the Accused '140 Products include at least one virtual management interface connection means for connecting said one or more network services or remote users with said secure management controller.  For example, connectivity to the XCC processor for remote device management can be over shared network connections via a shared network port, giving remote administrators a secure in-band management solution that virtually separates user and management traffic.  Furthermore, in the Accused '140 Products, the virtual management interface connection means provides logical separation of management data from user data and utilizes user interfaces of said managed network element for connecting said one or more network services or remote users with said secure management access controller.  For example, the shared network port allows remote administrators to communicate management data and logically separate the user data from the management data via virtualization and VLAN tagging, as seen below:

**Management interfaces**

There are two ways to access the XCC management processor remotely:

• Command-line interface. To access the CLI interface, use SSH to log in to the management processor.

• Web-based interface. To access the web-based interface, point your browser to the IP address for the management processor. The new intuitive interface includes at-a-glance visualizations and simple access to common system actions. The dashboard is shown in the following figure.

Source: https://lenovopress.lenovo.com/lp0880-xcc-support-on-thinksystem-servers

### Configuring a dedicated or shared network port

The SR950 offers two RJ45 ports that you can use to access XCC remotely, either the dedicated management port shown in Figure 5-27 on page 143, or via a port on an installed Ethernet LOM adapter which will be shared with the installed operating system. You select the port by setting Dedicated or Shared for the Network Interface Port in the Network Configuration panel of F1 setup.

Refer to 5.1.1, "Accessing Lenovo XClarity Provisioning Manager" on page 120 for information on how to access the F1 setup options (LXPM). Once in LXPM, you can access this panel by selecting **UEFI Setup → BMC Settings → Network Settings**, as shown in Figure 5-29.



*Figure 5-29   Configuring dedicated or shared XCC port*

Source: https://lenovopress.lenovo.com/lp0746.pdf

***XCC dedicated versus shared Ethernet port***

When configured as **Dedicated**, you are connecting to the network via the system management port as shown in Figure 5-27 on page 143.

The use of this port allows for easier separation of public and management network traffic. Separating the traffic is done when you connect your public network port to switch ports that belong to a public access virtual LAN (VLAN). The management port is connected to a switch port defined by a separate management VLAN.

When configured as **Shared**, you are sharing network traffic between the management port and on an Ethernet adapter.

Although the Shared configuration eliminates a physical switch port and patch cable configuration, the media access control (MAC) address for the shared Ethernet port and the MAC address for the XCC address through this single network port. This situation means that there are at least two separate IP addresses for the same physical port, which prevents you from configuring the other adapter's Ethernet port in a network team by using 802.3ad load balancing.

To maintain separation between public and management traffic, network teaming software must be used to establish a VLAN to be used by the server to send public-tagged traffic to the network switch. The switch port must be configured as a trunk port to support the public-tagged VLAN traffic and the untagged traffic for the management. The management VLAN must be defined as the native VLAN on the switch port so that its untagged traffic from the switch is accepted by the XCC MAC and dropped by the second Ethernet port's MAC.

Source: https://lenovopress.lenovo.com/lp0746.pdf

## Configuring the Ethernet settings

Use the information in this topic to view or change how the XClarity Controller communicates by way of an Ethernet connection.

The XClarity Controller uses two network controllers. One network controller is connected to the dedicated management port and the other network controller is connected to the shared port. Each of the network controllers is assigned its own burned MAC address. If DHCP is being used to assign an IP address to the XClarity Controller, when a user switches between network ports or when a failover from the dedicated network port to the shared network port occurs, a different IP address may be assigned to the XClarity Controller by the DHCP server. It is recommended that when using DHCP, users should use the host name to access the XClarity Controller rather than relying on an IP address. Even if the XClarity Controller network ports are not changed, the DHCP server could possibly assign a different IP address to the XClarity Controller when the DHCP lease expires, or when the XClarity Controller reboots. If a user needs to access the XClarity Controller using an IP address that will not change, the XClarity Controller should be configured for a static IP address rather than DHCP.

Source:
https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.systems.management.xcc.doc%2FNN1ia_c_configuringethernet.html

After configuring the BMC settings as shown in the scree shot below, XCC access will be
activated on the shared NIC if the connection through the XCC dedicated port fails, but the
XCC dedicated port will no longer be available after recovering the connection or the
connection through the shared NIC fails.

Source: https://support.lenovo.com/in/en/solutions/ht510765-xcc-cannot-be-accessed-from-dedicated-port-after-failover-to-the-shared-nic-lenovo-thinksystem

**Configuring advanced Ethernet settings**

Click the **Advanced Ethernet** tab to set additional Ethernet settings.

**Note:** In a Flex System, the VLAN settings are managed by a Flex System CMM and cannot be modified on
the XClarity Controller.

To enable Virtual LAN (VLAN) tagging select the **Enable VLAN** check box. When VLAN is enabled and a
VLAN ID is configured, the XClarity Controller only accepts packets with the specified VLAN IDs. The VLAN
IDs can be configured with numeric values between 1 and 4094.

Source:
https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.systems.management.xcc.doc%2FNN1ia_c_configuringethernet.html

41.     Additionally, Defendants have been, and currently are, active inducers of
infringement of the '140 patent under 35 U.S.C. § 271(b) and contributory infringers of the '140
patent under 35 U.S.C. § 271(c).

42.     Defendant has actively induced, and continues to actively induce, infringement of
the '140 patent by causing others to use, offer for sale, or sell in the United States, products or
services covered by the '140 patent, including but not limited to the '140 Accused Products and
any other products or services that include XCC, and/or IMM2 processors, or processors with the
functionality described above.  Defendant provides these products and services to others, such as
customers, resellers, partners, and end-users, who, in turn, use, provision for use, offer for sale, or
sell those products and services, which directly infringe the '140 patent as described
above.  Defendant's inducement includes the directions and instructions found at one or more of
the following links, the provision of which is on-going as of the filing of this Complaint and the
content of which is specifically illustrated above:

- https://lenovopress.com/lp0637-thinksystem-sn550-server-xeon-sp-gen-1

- https://lenovopress.com/lp0880-xcc-support-on-thinksystem-servers
- https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Fremotecontrol_thinksystem_use.html
- https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Flxcc_frontend%2Flxcc_overview.html&cp=3
- https://sysmgt.lenovofiles.com/help/topic/com.lenovo.systems.management.xcc.doc/NN1ia_c_configuringethernet.html?cp=3_0_3_1_0
- https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.systems.management.xcc.doc%2Fdw1lm_c_accessingtheimmwebinterface.html&cp=3_0_2_0
- https://sysmgt.lenovofiles.com/help/topic/com.lenovo.systems.management.xcc.doc/dw1lm_t_settinguptheimmnetworkconnection.html?cp=3_0_2_0_0
- https://sysmgt.lenovofiles.com/help/topic/com.lenovo.systems.management.xcc.doc/NN1ia_c_configuringethernet.html
- https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Fsecurity_implement.html
- https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Faccesscontrol_setspecificdevices.html
- https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.systems.management.xcc.doc%2FNN1ia_c_configuringDNS.html
- https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Fsecurity_implement.html
- https://sysmgt.lenovofiles.com/help/topic/com.lenovo.lxca.doc/lxca_qsg_install_kvm.pdf
- https://www.lenovo.com/in/en/data-center/software/systems-management/c/systems-management
- https://www.lenovo.com/us/en/data-center/software/management/
- https://systemx.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.systemx.common.nav.doc%2Foverview_imm2.html&cp=0_4
- https://systemx.lenovofiles.com/help/topic/com.lenovo.sysx.imm2.doc/dw1lm_c_ch3_configuringtheimm.html
- https://systemx.lenovofiles.com/help/topic/com.lenovo.sysx.imm2.doc/NN1ia_c_configuringnetworkprotocolproperties.html
- https://lenovopress.lenovo.com/lp0746.pdf

43.     Defendant has contributed to, and continues to contribute to, the infringement of the '140 patent by others by knowingly providing one or more components, for example the XCC and/or IMM2 processors included in the Accused Products, a portion thereof, and/or the

software/hardware modules responsible for the accused functionality described herein, that, when installed, configured, and used result in systems that, as intended by Defendant described above, directly infringe one or more claims of the '140 patent.

44.     Defendant knew of the '140 patent, or should have known of the '140 patent, but was willfully blind to its existence.  Upon information and belief, Defendant had actual knowledge of the '140 patent at least as early as the service upon Defendant of the Complaint in this action.

45.     By the time of trial, Defendant will or should have known and intended (since receiving such notice) that its continued actions would infringe and would actively induce and contribute to the infringement of the '140 patent.

46.     Defendant has committed, and continues to commit, contributory infringement by selling products and services that directly infringe the '140 patent when used by a third party, such as the Accused '140 Products, and that are a material part of the invention, knowing them to be especially made or adapted for use in infringement of the '140 patent and not staple articles or commodities of commerce suitable for substantial non-infringing use.

47.     As a result of Defendant's acts of infringement, IV has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT II
(Defendant's Infringement of U.S. Patent No. 8,474,016)

48.     The preceding paragraphs are reincorporated by reference as if fully set forth herein.

49.     The '016 patent claims and teaches, *inter alia*, an improved apparatus and method to provide secure remote management for devices by deeply embedding the necessary secure remote management hardware and software in the managed device itself.  In so doing, the

apparatus and methods separate user traffic from device management traffic, logically and physically, in both the device and while in transit over a network.

50.    The inventions improved upon then-existing remote access/management security techniques by providing for the separation of management data from user data both in the device being managed and while the management data is in transit.  There was, at the time, a recognized need for securing remote management and for separating management data from user data; yet, this had not been done before the inventions disclosed in the '016 patent primarily because they had been considered too expensive to implement.  So, the invention combined existing building blocks along with additional new and innovative features and concepts to solve the shortcomings in remote management in an integrated and affordable solution.

51.    The '016 patent did so by combining on a network device a bus controller that is connected to two separate busses, wherein the bus controller receives encrypted management requests from the second bus and sends them to the first bus, and a processor that decrypts management requests from the first bus, wherein that processor that is separate from a processor on the network device, all the while without requiring additional devices taking up additional rack space by embedding the necessary hardware and software for secure management of the device in the device to be managed.

52.    More specifically, the claims of the '016 patent recite a processor configured to control one or more functions of a network device having a network interface, wherein the network device is configured to receive data requests and an encrypted form of management requests via the network interface, wherein the management requests are from a remote administrator; a first bus; a bus controller coupled to the processor via the first bus, wherein the bus controller is also coupled to a second bus of the network device that is distinct from the first bus; wherein the bus

controller is configured to receive the encrypted form of the management requests from the second bus, and to convey the encrypted form of the management requests to the processor via the first bus; wherein the processor is configured to decrypt the encrypted form of the management requests; wherein the network device includes a processor configured to facilitate operation of the network device; and wherein the processor of the apparatus is distinct from the processor included in the network device.

53.    The apparatus covered by the asserted claims, therefore, differs markedly from the prior systems in use at the time of this invention, which lacked the claimed combination of a processor configured to control one or more functions of a network device having a network interface, wherein the network device is configured to receive data requests and an encrypted form of management requests via the network interface, wherein the management requests are from a remote administrator; a first bus; a bus controller coupled to the processor via the first bus, wherein the bus controller is also coupled to a second bus of the network device that is distinct from the first bus; wherein the bus controller is configured to receive the encrypted form of the management requests from the second bus, and to convey the encrypted form of the management requests to the processor via the first bus; wherein the processor is configured to decrypt the encrypted form of the management requests; wherein the network device includes a processor configured to facilitate operation of the network device; and wherein the processor of the apparatus is distinct from the processor included in the network device.

54.    Defendant has directly infringed and continues to directly infringe at least claim 1 of the '016 patent by making, using, testing, selling, offering for sale, and importing into the United States products and services covered by one or more claims of the '016 patent. Defendant's products and services that infringe the '016 patent include all products and services that use an

XCC embedded processor, which include the ThinkSystem server series, and any chassis/enclosures such products may be housed in, as well as any other of Defendant's products and services, either alone or in combination, that operate in substantially the same manner (together, the "Accused '016 Products" or "Accused Products").

55.    Claim 1 of the '016 patent is reproduced below:

*1. An apparatus, comprising:*

*a processor configured to control one or more functions of a network device having a network interface, wherein the network device is configured to receive data requests and an encrypted form of management requests via the network interface, wherein the management requests are from a remote administrator;*

*a first bus; and*

*a bus controller coupled to the processor via the first bus, wherein the bus controller is also coupled to a second bus of the network device that is distinct from the first bus, wherein the bus controller is configured to receive the encrypted form of the management requests from the second bus, and to convey the encrypted form of the management requests to the processor via the first bus;*

*wherein the processor is configured to decrypt the encrypted form of the management requests, wherein the network device includes a processor configured to facilitate operation of the network device, and wherein the processor of the apparatus is distinct from the processor included in the network device.*

56.    The Accused '016 Products each provide a processor configured to control one or more functions of a network device having a network interface.  For example, the Accused '016 Products are network devices, modules, and nodes capable of being configured in a distributed computer network, such as the Lenovo ThinkSystem SN550 Server (Xeon SP Gen 2), SN550 V2 Server and SD650-N V2 Server that support the XCC Standard, XCC Advanced and XCC Enterprise integrated service processors for controlling and securing remote management applications and services as well as communications regarding the same, as seen below:

# Lenovo XClarity Controller

Language: [ English        ▼ ]

The Lenovo XClarity Controller (XCC) is the next generation management controller for Lenovo ThinkSystem servers.

- Lenovo XClarity Controller with Intel Xeon SP (1st, 2nd Gen)

- Lenovo XClarity Controller with Intel Xeon SP (3rd Gen) and AMD EPYC (2nd, 3rd Gen)

- Lenovo XClarity Controller REST API reference

The following table lists the server models supported by LXCC Products:

Table 1. Server models supported by LXCC

| Lenovo XClarity Controller | Server models | |
|---|---|---|
| Lenovo XClarity Controller with Intel Xeon SP (1st, 2nd Gen) | • SD530<br>• SD650<br>• SE350<br>• SN550<br>• SN850<br>• ST250<br>• ST258<br>• ST550<br>• ST558 | • SR570<br>• SR590<br>• SR630<br>• SR650<br>• SR670<br>• SR850<br>• SR850p<br>• SR860<br>• SR950 |
| Lenovo XClarity Controller with Intel Xeon SP (3rd Gen) and AMD EPYC (2nd, 3rd Gen) | • SD630 V2<br>• SD650 V2<br>• SD650–N V2<br>• SN550 V2<br>• ST650 V2 | • SR630 V2<br>• SR645<br>• SR650 V2<br>• SR665<br>• SR670 V2<br>• SR850 V2<br>• SR860 V2 |

Source:

https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Fremotecontrol_thinksystem_use.html

## Server support

The following table shows what level of XCC is included with each ThinkSystem server.

Table 3. Server support

| Server | XCC Standard | XCC Advanced | XCC Enterprise |
|---|---|---|---|
| **ThinkSystem V2 servers** | | | |
| ST650 V2 (7Z74/7Z75) | Supported | Supported | Supported |
| SR630 V2 (7Z70/7Z71) | Supported | Supported | Supported |
| SR650 V2 (7Z72/7Z73) | Supported | Supported | Supported |
| SR670 V2 (7Z22/7Z23) | Supported | Upgrade | Upgrade |
| SR850 V2 (7D31 / 7D32 / 7D33) | N/A | N/A | All models |
| SR860 V2 (7Z59 / 7Z60) | N/A | N/A | All models |
| SD630 V2 (7D1K) | Supported | Upgrade | Upgrade |
| SD650 V2 (7D1M) | Supported | Upgrade | Upgrade |
| SD650-N V2 (7D1N) | Supported | Upgrade | Upgrade |
| SN550 V2 (7Z69) | N/A | N/A | All models |
| **ThinkSystem V1 servers** | | | |
| SE350 ( 7Z46 / 7D1X) | Supported | Most models** | Some models** |
| ST50 (7Y48/7Y50) | Not supported | Not supported | Not supported |
| ST250 (7Y45/7Y46) | Most models* | Upgrade | Upgrade |
| SR150 (7Y54) | Most models* | Upgrade | Upgrade |
| SR250 (7Y51/7Y52) | Most models* | Upgrade | Upgrade |
| ST550 (7X09 / 7X10) | Most models* | Upgrade | Upgrade |
| SR530 (7X07 / 7X08) | Most models* | Upgrade | Upgrade |
| SR550 (7X03 / 7X04) | Most models* | Upgrade | Upgrade |
| SR570 (7Y02 / 7Y03) | Most models* | Upgrade | Upgrade |
| SR590 (7X98 / 7X99) | Most models* | Upgrade | Upgrade |
| SR630 (7X01 / 7X02) | Most models* | Upgrade | Upgrade |
| SR635 (7Y98 / 7Y99) | Not supported | Not supported | Not supported |
| SR645 (7D2Y/7D2X) | Most models* | Upgrade | Upgrade |
| SR650 (7X05 / 7X06) | Most models* | Upgrade | Upgrade |
| SR655 (7Y00 / 7Z01) | Not supported | Not supported | Not supported |
| SR665 (7D2W/7D2V) | Most models* | Upgrade | Upgrade |
| SR670 (7Y36 / 7Y37 / 7Y38) | Configure-to-order | Configure-to-order | Configure-to-order |
| SR850 (7X18 / 7X19) | N/A | Most models** | Upgrade |
| SR850P (7D2F / 2D2G) | N/A | N/A | Most models** |
| SR860 (7X69 / 7X70) | N/A | Most models** | Upgrade |
| SR950 (7X11 / 7X12 / 7X13) | N/A | N/A | All models |
| SD530 (7X21) | Most models* | Upgrade | Upgrade |
| SD650 (7X58) | Configure-to-order | Configure-to-order | Configure-to-order |
| SN550 (7X16) | N/A | N/A | All models |
| SN850 (7X15) | N/A | N/A | All models |

## Part numbers

Models of ThinkSystem servers come with either XClarity Controller Standard, Advanced or Enterprise, depending on the server type and the model. The servers will be delivered with the stated version already active. The following table shows the field upgrades available for models that come with XCC Standard or XCC Advanced.

Source: https://lenovopress.com/lp0880-xcc-support-on-thinksystem-servers





## Lenovo ThinkSystem SN550 Server (Xeon SP Gen 2)
**Product Guide**

**Manageability and security**

The following powerful systems management features simplify the local and remote management of the SN550:

- Support for Lenovo XClarity Administrator, providing auto-discovery, inventory tracking, monitoring, policy-based firmware updates, address pool management, configuration patterns and operating system installation.
- The server includes an XClarity Controller (XCC) management processor to monitor server availability and perform remote management. XCC Enterprise is supported as standard, which enables remote KVM, mounting of remote media files (ISO and IMG image files), boot capture, and power capping.
- UEFI-based Lenovo XClarity Provisioning Manager, accessible from F1 during boot, provides system inventory information, graphical UEFI Setup, platform update function, RAID Setup wizard, operating system installation function, and diagnostic functions

Source: https://lenovopress.lenovo.com/lp1043.pdf



Figure 2. Front view of the ThinkSystem SN550 Compute Node

Source: https://lenovopress.lenovo.com/lp1043.pdf

## System architecture

The following figure shows the architectural block diagram of the SN550, showing the major components and their connections.



Figure 4. SN550 system architectural block diagram

Source: https://lenovopress.lenovo.com/lp1043.pdf

## System Management

The server contains an integrated service processor, XClarity Controller (XCC), which provides advanced service-processor control, monitoring, and alerting functions. The XCC is based on the Pilot4 XE401 baseboard management controller (BMC) using a dual-core ARM Cortex A9 service processor.

### Local management

As shown in Figure 2, the SN550 front panel includes a USB port, status indicators, a button to enable management via the USB port and a console breakout cable port. The breakout cable supplied with the chassis provides serial, video and a USB port for connecting a local console. The USB ports on the breakout cable support keyboard and mouse; storage devices are not supported.

Source: https://lenovopress.lenovo.com/lp1043.pdf

# Lenovo ThinkSystem SN550 V2 Server

**Manageability and security**

The following powerful systems management features simplify the local and remote management of the SN550 V2:

- Support for Lenovo XClarity Administrator, providing auto-discovery, inventory tracking, monitoring, policy-based firmware updates, address pool management, configuration patterns and operating system installation.

- The server includes an XClarity Controller (XCC) management processor to monitor server availability and perform remote management. XCC Enterprise is supported as standard, which enables remote KVM, mounting of remote media files (ISO and IMG image files), boot capture, and power capping.

- UEFI-based Lenovo XClarity Provisioning Manager, accessible from F1 during boot, provides system inventory information, graphical UEFI Setup, platform update function, RAID Setup

Source: https://lenovopress.lenovo.com/lp1397-thinksystem-sn550-v2-server



(/assets/images/LP1397/SN550%20V2%20front%20view%20with%20callouts.png)
Figure 2. Front view of the ThinkSystem SN550 V2 server

Source: https://lenovopress.lenovo.com/lp1397-thinksystem-sn550-v2-server

**System architecture**

The following figure shows the architectural block diagram of the SN550 V2, showing the major components and their connections.



(/assets/images/LP1397/SN550%20V2%20block%20diagram.png)
Figure 5. SN550 V2 system architectural block diagram

Source: https://lenovopress.lenovo.com/lp1397-thinksystem-sn550-v2-server

**System management**

The server contains an integrated service processor, XClarity Controller (XCC), which provides advanced service-processor control, monitoring, and alerting functions. The XCC is based on the Pilot4 XE401 baseboard management controller (BMC) using a dual-core ARM Cortex A9 service processor.

Source: https://lenovopress.lenovo.com/lp1397-thinksystem-sn550-v2-server

# Lenovo ThinkSystem SD650-N V2 Server

**Manageability and security**

The following powerful systems management features simplify local and remote management of the SD650 V2 server:

- The server includes an XClarity Controller (XCC) to monitor server availability. Optional upgrade to XCC Advanced to provide remote control (keyboard video mouse) functions. Optional upgrade to XCC Enterprise enables the additional support for the mounting of remote media files (ISO and IMG image files), boot capture, and power capping.
- Lenovo XClarity Administrator offers comprehensive hardware management tools that help to increase uptime, reduce costs and improve productivity through advanced server management capabilities.
- Lenovo XClarity Provisioning Manager, based in UEFI and accessible from F1 during boot, provides system inventory information, graphical UEFI Setup, platform update function, RAID Setup wizard, operating system installation function, and diagnostic functions.
- Support for Lenovo XClarity Energy Manager which captures real-time power and temperature data from the server and provides automated controls to lower energy costs.

Source: https://lenovopress.lenovo.com/lp1396-thinksystem-sd650-n-v2-server



Source: https://lenovopress.lenovo.com/lp1396-thinksystem-sd650-n-v2-server

**System architecture**

The following figure shows the architectural block diagram of the SD650-N V2 with one PCIe slot and support for two drives. The GPUs each have a PCIe 4.0 x16 connection to the processors.



Source: https://lenovopress.lenovo.com/lp1396-thinksystem-sd650-n-v2-server

| System Management Module (SMM) | The hot-swappable System Management Module (SMM2) is the management device for the enclosure. Provides integrated systems management functions and controls the power and cooling features of the enclosure. Provides remote browser and CLI-based user interfaces for remote access via the dedicated Gigabit Ethernet port. Remote access is to both the management functions of the enclosure as well as the XClarity Controller (XCC) in each server. |
| --- | --- |
| | The SMM has two Ethernet ports which enables a single incoming Ethernet connection to be daisy chained across 6 enclosures and 36 servers, thereby significantly reducing the number of Ethernet switch ports needed to manage an entire rack of SD650-N V2 servers and enclosures. |
| Ports | Two RJ45 port on the rear of the enclosure for 10/100/1000 Ethernet connectivity to the SMM for power and cooling management. |

| Systems management | Browser-based enclosure management through an Ethernet port on the SMM at the rear of the enclosure. Integrated Ethernet switch provides direct access to the XClarity Controller (XCC) embedded management of the installed servers. Servers provide more management features. |
| --- | --- |

Source: https://lenovopress.lenovo.com/lp1396-thinksystem-sd650-n-v2-server

Lenovo XClarity Controller is embedded in every ThinkSystem server on a separate microprocessor, and is designed to help you standardize, simplify and automate foundation server management tasks.

Source: https://www.lenovo.com/in/en/data-center/software/systems-management/XClarity-Controller/p/WMD00000367?orgRef=https%253A%252F%252Fwww.google.com%252F

The Lenovo XClarity Controller (XCC) is the next generation management controller that replaces the baseboard management controller (BMC) for Lenovo ThinkSystem servers.

It is the follow-on to the Integrated Management Module II (IMM2) service processor that consolidates the service processor functionality, Super I/O, video controller, and remote presence capabilities into a single chip on the server system board. It provides features such as the following:

- Choice of a dedicated or shared Ethernet connection for systems management

- Support for HTML5

- Support for access via XClarity Mobile

- XClarity Provisioning Manager

- Remote configuration using XClarity Essentials or XClarity Controller CLI.

- Capability for applications and tools to access the XClarity Controller either locally or remotely

- Enhanced remote-presence capabilities.

- REST API (Redfish schema) support for additional web-related services and software applications.

Source:
https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.systems.management.xcc.doc%2FNN1ia_c_configuringsecurity.html

## System architecture

The following figure shows the architectural block diagram of the SN550, showing the major components and their connections.



Figure 4. SN550 system architectural block diagram

Source: https://lenovopress.lenovo.com/lp1043.pdf

57.     In the Accused '016 Products, the network device is configured to receive data requests and an encrypted form of management requests via the network interface, wherein the management requests are from a remote administrator.

**System architecture**

The following figure shows the architectural block diagram of the SN550, showing the major components and their connections.



Figure 4. SN550 system architectural block diagram

Source: https://lenovopress.lenovo.com/lp1043.pdf

**Embedded 10Gb Network Adapter**

The SN550 includes an embedded 4-port 10Gb Intel controller built into the system board. As listed in the  Models
section, some SN550 models include the Fabric Connector needed to connect the embedded controller to the
midplane of the Flex System chassis. For models that do not include the Fabric Connector, it can be ordered and
installed in the field. Ordering information is listed in the following table.

Source: https://lenovopress.lenovo.com/lp1043.pdf

The following figure shows the location of the I/O module bays in the Flex System Enterprise Chassis.



Figure 8. Location of the I/O module bays in the Flex System Enterprise Chassis

The following figure shows how adapters are connected to I/O modules that are installed in the chassis.



Figure 9. Logical layout of the interconnects between I/O adapters and I/O modules

Source: https://lenovopress.lenovo.com/lp1043.pdf

Lenovo XClarity Administrator >
Managing servers

Language: [English ▾]

## Using remote control

From the Lenovo XClarity Administrator web interface, you can open a remote-control session to a managed server as if you were at a local console. You can use the remote-control session to perform operations such as powering on or off the server, and logically mounting a local or remote drive.

Source:

https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Fremotecontrol_thinksystem_use.html/

**Note:** The XClarity Administrator does not modify the security settings or cryptographic settings (cryptographic mode and the mode used for secure communications) during the management process. You can modify the cryptographic settings after the system is managed (see Configuring cryptography settings).

Source:

https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Fsetup_managesystems.html

SSL is a security protocol that provides communication privacy. SSL enables client/server applications to communicate in a way that prevents eavesdropping, tampering, and message forgery. You can configure the XClarity Controller to use SSL support for different types of connections, such as secure web server (HTTPS), secure LDAP connection (LDAPS), CIM over HTTPS, and SSH server, and to manage the certificates that are required for SSL.

Source:

https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.systems.management.xcc.doc%2FNN1ia_c_configuringsecurity.html



Source:
https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.systems.management.xc c.doc%2FNN1ia_c_configuringethernet.html

Grant users role-based access and authenticate user credentials.
Establish highly secure communications with managed endpoints using
NIST SP 800-131A and FIPS 140-2 cryptographic standards.

Source: https://www.lenovo.com/in/en/data-center/software/systems-management/XClarity-Administrator/p/WMD00000366?orgRef=https%253A%252F%252Fwww.google.com%252F



Source: https://lenovopress.lenovo.com/lp0880-xcc-support-on-thinksystem-servers

58.    The Accused '016 Products further comprise a first bus.



Source: https://lenovopress.lenovo.com/lp1043.pdf

The embedded 10Gb controller is based on the Intel Ethernet Connection X722 network controller which is part of the Intel C624 "Lewisburg" PCH chipset of the SN550 and other Lenovo ThinkSystem servers.

Source: https://lenovopress.lenovo.com/lp1043.pdf

The SN550 includes an embedded 4-port 10Gb Intel controller built into the system board. As listed in the  Models section, some SN550 models include the Fabric Connector needed to connect the embedded controller to the midplane of the Flex System chassis. For models that do not include the Fabric Connector, it can be ordered and

Source: https://lenovopress.lenovo.com/lp1043.pdf

59.     The Accused '016 Products further comprise a bus controller coupled to the processor via the first bus.

The embedded 10Gb controller is based on the Intel Ethernet Connection X722 network controller which is part of the Intel C624 "Lewisburg" PCH chipset of the SN550 and other Lenovo ThinkSystem servers.

**Table 1-2.    Intel® C620 Series Chipset SKU Differentiation**

| SKU | C621 | C622 | C624 | C625 | C626 | C627 | C628 | C629 |
|---|---|---|---|---|---|---|---|---|
| **Feature** | | | | | | | | |
| Legacy 10/100/1000 Mbps Ethernet | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| LAN Port 0 | 1G | 10/1G | 10/1G | 10/1G | 10/1G | 10/1G | 10/1G | 10/1G |
| LAN Port 1 | 1G | 10/1G | 10/1G | 10/1G | 10/1G | 10/1G | 10/1G | 10/1G |
| LAN Port 2 | 1G | 1G | 10/1G | 10/1G | 10/1G | 10/1G | 10/1G | 10/1G |
| LAN Port 3 | 1G | 1G | 10/1G | 10/1G | 10/1G | 10/1G | 10/1G | 10/1G |
| Dedicated PCIe Uplink | x1 | x8 | x16 | x16 | x16 | X16 | X16 | X16 |
| Muxed x8 PCIe Uplink | Disabled | Disabled | Disabled | Disabled | Enabled | Enabled | Enabled | Enabled |
| Intel QAT Engines | No | No | No | 1 | 2 | 3 | 3 | 3 |
| Intel QAT Clock Speed | N/A | N/A | N/A | 533 MHz | 533 MHz | 685 MHz | 685 MHz | 800 MHz |
| AVID Enabled | No | No | No | Yes (0.85-1.0V) | Yes (0.85-1.0V) | Yes (0.85-1.0V) | Yes (0.85-1.0V) | Yes (0.85-1.0V) |

The PCH provides a System Management Bus 2.0 host controller as well as an SMBus Slave Interface. The PCH is also capable of operating in a mode in which it can communicate with I$^2$C compatible devices.

The host SMBus controller supports up to 100 kHz clock speed.

Source: https://www.intel.com/content/dam/www/public/us/en/documents/datasheets/c620-series-chipset-datasheet.pdf

The SMBus host controller is used to send commands to other SMBus slave devices. Software sets up the host controller with an address, command, and, for writes, data and optional PEC; and then tells the controller to start. When the controller has finished transmitting data on writes, or receiving data on reads, it generates an SMI# or interrupt, if enabled.

The host SMBus controller supports up to 100 kHz clock speed and is clocked by the RTC clock.

The PCH can perform SMBus messages with either Packet Error Checking (PEC) enabled or disabled. The actual PEC calculation and checking is performed in SW. The SMBus host controller logic can automatically append the CRC byte if configured to do so.

The SMBus host controller is used to send commands to other SMBus slave devices. Software sets up the host controller with an address, command, and, for writes, data and optional PEC; and then tells the controller to start. When the controller has finished transmitting data on writes, or receiving data on reads, it generates an SMI# or interrupt, if enabled.

Source: https://www.intel.com/content/dam/www/public/us/en/documents/datasheets/c620-series-chipset-datasheet.pdf

      60.    In the Accused '016 Products, the bus controller is also coupled to a second bus of the network device that is distinct from the first bus.

**System architecture**

The following figure shows the architectural block diagram of the SN550, showing the major components and their connections.



Figure 4. SN550 system architectural block diagram

Source: https://lenovopress.lenovo.com/lp1043.pdf

The embedded 10Gb controller is based on the Intel Ethernet Connection X722 network controller which is part of the Intel C624 "Lewisburg" PCH chipset of the SN550 and other Lenovo ThinkSystem servers.

Source: https://lenovopress.lenovo.com/lp1043.pdf

The SN550 includes an embedded 4-port 10Gb Intel controller built into the system board. As listed in the Models section, some SN550 models include the Fabric Connector needed to connect the embedded controller to the midplane of the Flex System chassis. For models that do not include the Fabric Connector, it can be ordered and

Source: https://lenovopress.lenovo.com/lp1043.pdf

61.     In the Accused '016 Products, the bus controller is configured to receive the encrypted form of the management requests from the second bus, and to convey the encrypted form of the management requests to the processor via the first bus.

## System architecture

The following figure shows the architectural block diagram of the SN550, showing the major components and their connections.



Figure 4. SN550 system architectural block diagram

Source: https://lenovopress.lenovo.com/lp1043.pdf

SSL is a security protocol that provides communication privacy. SSL enables client/server applications to communicate in a way that prevents eavesdropping, tampering, and message forgery. You can configure the XClarity Controller to use SSL support for different types of connections, such as secure web server (HTTPS), secure LDAP connection (LDAPS), CIM over HTTPS, and SSH server, and to manage the certificates that are required for SSL.

Source:

https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.systems.management.xcc.doc%2FNN1ia_c_configuringsecurity.html

Grant users role-based access and authenticate user credentials.
Establish highly secure communications with managed endpoints using
NIST SP 800-131A and FIPS 140-2 cryptographic standards.

Source: https://www.lenovo.com/in/en/data-center/software/systems-management/XClarity-Administrator/p/WMD00000366?orgRef=https%253A%252F%252Fwww.google.com%252F

| Part number | Description | E | 1S Intel | | | | 4S Intel | | | | | | Dense/ Blade | | | |
| | | SE350 (7Z46/701X) | ST50 (7Y48/7Y50) | ST250 (7Y45/7Y46) | SR150 (7Y54) | SR250 (7Y51/7Y52) | SR850 (7X18/7X19) | SR850P (7D2F/2D2G) | SR860 (7X69/7X70) | SR950 (7X11/12/13) | SR850 V2 (7D31/32/33) | SR860 V2 (7Z59/7Z60) | SD530 (7X21) | SD650 (7X58) | SN550 (7X16) | SN850 (7X15) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Integrated LOM for blade servers** | | | | | | | | | | | | | | | | |
| None | Integrated 4-port 10 Gb (requires Fabric Connector) | N | N | N | N | N | N | N | N | N | N | N | N | N | Y | Y |

Source: https://lenovopress.lenovo.com/lp0654-intel-x722-integrated-controller

Lenovo XClarity Controller (XCC) is an all-new embedded management engine common in every ThinkSystem server.

Virtual presence (remote control) and virtual media capability also come standard in the SN550. The remote control functions include the following:

- Remotely viewing video with graphics resolutions up to 1600x1200 at 75 Hz with up to 32 bits per pixel, regardless of the system state
- Remotely accessing the server using the keyboard and mouse from a remote client
- Capturing blue-screen errors
- International keyboard mapping support
- LDAP-based authentication

Source:
https://www.bechtle.com/shop/medias/5c6c21474c2f85188bee81d2.pdf?context=bWFzdGVyfHBjd8R8MTkwNDQzN3xhcHBsaWNhdGlvbi9wZGZ8aDY5L2hiMy8xMDMzMzY5NDgyMDM4Mi5wZGZ8NWNkNGRlMzBhOTg5ZTVjMWQw01YjczMTQyZDM0MjBjN2ZkM2Vh Yjg0ZTBhZTAyMjQzMmQzZDRmNzQ4OTNhMTZmNQ

## Configuring cryptography settings

Cryptographic management is composed of communication modes and protocols that control the way that secure communications are handled between Lenovo XClarity Administrator and the managed systems.

**About this task**

The *cryptographic mode* determines how secure communications are handled between XClarity Administrator and all managed systems. If secure communications are implemented, it sets the encryption-key lengths to be used.

**Note:** Regardless of the cryptography mode that you select, NIST-approved Digital Random Bit Generators are always used, and only 128-bit or longer keys are used for symmetric encryption.

Source:
https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Fcryptography_setmode.html

Access the web page in the LXCA WebUI by clicking **Administration → Security → Cryptography** as shown in Figure 6.



**Cryptographic Management**

Figure 6   *Administration > Security > Cryptography*

Source: https://lenovopress.lenovo.com/lp1260.pdf

After the servers are managed by XClarity Administrator, Lenovo XClarity Administrator polls each managed server periodically to collect information, such as inventory, vital product data, and status. You can view and monitor each managed server and perform management actions (such as configuring system settings, deploying operating-system images, and powering on and off).

**Note:** The XClarity Administrator does not modify the security settings or cryptographic settings (cryptographic mode and the mode used for secure communications) during the management process. You can modify the cryptographic settings after the server is managed (see Configuring cryptography settings).

Source:

https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Fserver_manage.html

62.     In the Accused '016 Products, the processor is configured to decrypt the encrypted form of the management requests, and the network device includes a processor configured to facilitate operation of the network device wherein the processor of the apparatus is distinct from the processor included in the network device.

**System architecture**

The following figure shows the architectural block diagram of the SN550, showing the major components and their connections.



Figure 4. SN550 system architectural block diagram

Source: https://lenovopress.lenovo.com/lp1043.pdf

SSL is a security protocol that provides communication privacy. SSL enables client/server applications to communicate in a way that prevents eavesdropping, tampering, and message forgery. You can configure the XClarity Controller to use SSL support for different types of connections, such as secure web server (HTTPS), secure LDAP connection (LDAPS), CIM over HTTPS, and SSH server, and to manage the certificates that are required for SSL.

Source:

https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.systems.management.xcc.doc%2FNN1ia_c_configuringsecurity.html

Grant users role-based access and authenticate user credentials. Establish highly secure communications with managed endpoints using NIST SP 800-131A and FIPS 140-2 cryptographic standards.

Source: https://www.lenovo.com/in/en/data-center/software/systems-management/XClarity-Administrator/p/WMD00000366?orgRef=https%253A%252F%252Fwww.google.com%252F

You can use SSL with a self-signed certificate or with a certificate that is signed by a third-party certificate authority. Using a self-signed certificate is the simplest method for using SSL; but, it does create a small security risk. The risk arises because the SSL client has no way of validating the identity of the SSL server for the first connection that is attempted between the client and server. For example, it is possible that a third party might impersonate the XClarity Controller web server and intercept data that is flowing between the actual XClarity Controller web server and the user's web browser. If, at the time of the initial connection between the browser and the XClarity Controller, the self-signed certificate is imported into the certificate store of the browser, all future communications will be secure for that browser (assuming that the initial connection was not compromised by an attack).

Source:

https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.systems.management.xcc.doc%2FNN1ia_c_ssloverview.html

The XClarity Controller contains a hardware random number generator which provides entropy for generating strong cryptographic keys. It has been found that if random numbers are requested too quickly in succession or too soon after device startup, the numbers returned are predictable. To have sufficient entropy:

- There must be no less than two microseconds between requests
- At least the first 32 values generated after startup must be discarded

The current XCC firmware does not include these protections. This may reduce the strength and security of keys generated by the XCC, such as TLS self-signed certificate keys (used to protect https-based communications such as web UI, Redfish, and CIM), ephemeral web UI session keys, ephemeral https session keys, SSH host keys, and so on.

Updating the firmware is strongly recommended. All keys created post-update will be generated with appropriately random data and thus will be secure.

Source: https://support.lenovo.com/in/en/product_security/ps500148-lenovo-xclarity-controller-xcc-risk-of-low-entropy

Cryptographic management is composed of communication modes and protocols that control the way that secure communications are handled between XClarity Administrator and managed systems. The cryptographic mode sets the encryption-key lengths that are used if secure communications are implemented.

XClarity Administrator supports the following SSL/TLS protocols for secure communications:

► Legacy

This option is the default option and it enables older cryptographic protocols. When this option is selected, TLS 1.0, TLS 1.1, and TLS 1.2 are supported. If you select this option, you must select the Compatibility cryptographic mode.

► TLS 1.2 Server and Client

This option enforces TLS 1.2 cryptography protocols on XClarity Administrator and all managed endpoints. It is set automatically if you choose NIST SP 800-131A for the cryptographic mode.

Source: https://lenovopress.lenovo.com/sg248296.pdf

## Configure LDAP

If your organization uses an LDAP server, such as Microsoft Active Directory, for authentication and authorization, you can configure XCC to use your LDAP server to authenticate and authorize XCC users too.

Be sure to select Enable Secure LDAP as well. Note that in order to enable it, a valid SSL certificate must first be in place and at least one SSL client trusted certificate must be imported. The LDAP server must also support TLS 1.2 because it is used by LDAP client in XCC.

Source: https://lenovopress.lenovo.com/lp1260.pdf

On Security, is where we configure security properties for the XClarity Controller. Here we can also find the Quick Link menu, and we have the option to move over  SSL, SSH, IPMI, SYS FW, TPM/TCM, SKLM, and SPM.



Source: https://www.storagereview.com/review/lenovo-xclarity-controller-xcc-review

| Processor | One or two second-generation Intel Xeon Processor Scalable Family of processors (formerly codename "Cascade Lake"). Supports processors with up to 28 cores, core speeds up to 3.8 GHz, and TDP ratings up to 165W. |
|---|---|

Source: https://lenovopress.lenovo.com/lp1043.pdf

**Configuring cryptography settings**

Cryptographic management is composed of communication modes and protocols that control the way that secure communications are handled between Lenovo XClarity Administrator and the managed systems.

**About this task**

The *cryptographic mode* determines how secure communications are handled between XClarity Administrator and all managed systems. If secure communications are implemented, it sets the encryption-key lengths to be used.

**Note:** Regardless of the cryptography mode that you select, NIST-approved Digital Random Bit Generators are always used, and only 128-bit or longer keys are used for symmetric encryption.

Source:

https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Fcryptography_setmode.html

63. Additionally, Defendant has been, and currently is, an active inducer of infringement of the '016 patent under 35 U.S.C. § 271(b) and contributory infringers of the '016 patent under 35 U.S.C. § 271(c).

64. Defendant has actively induced, and continues to actively induce, infringement of the '016 patent by causing others to use, offer for sale, or sell in the United States, products or services covered by the '016 patent, including the Accused '016 Products. Defendant provides these products and services to others, such as customers, resellers, partners, and end-users, who, in turn, use, provision for use, offer for sale, or sell those products and services, which directly infringe the '016 patent. Defendant's inducement includes the directions and instructions found at:

- https://lenovopress.lenovo.com/lp1043.pdf
- https://lenovopress.lenovo.com/lp1397-thinksystem-sn550-v2-server
- https://lenovopress.lenovo.com/lp1396-thinksystem-sd650-n-v2-server
- https://lenovopress.com/lp0637-thinksystem-sn550-server-xeon-sp-gen-1
- https://lenovopress.com/lp0880-xcc-support-on-thinksystem-servers
- https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Fremotecontrol_thinksystem_use.html
- https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Flxcc_frontend%2Flxcc_overview.html&cp=3
- https://sysmgt.lenovofiles.com/help/topic/com.lenovo.systems.management.xcc.doc/NN1ia_c_configuringethernet.html?cp=3_0_3_1_0
- https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.systems.management.xcc.doc%2Fdw1lm_c_accessingtheimmwebinterface.html&cp=3_0_2_0
- https://sysmgt.lenovofiles.com/help/topic/com.lenovo.systems.management.xcc.doc/dw1lm_t_settinguptheimmnetworkconnection.html?cp=3_0_2_0_0
- https://sysmgt.lenovofiles.com/help/topic/com.lenovo.systems.management.xcc.doc/NN1ia_c_configuringethernet.html
- https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Fsecurity_implement.html

- https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Faccess control_setspecificdevices.html

- https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.systems.manageme nt.xcc.doc%2FNN1ia_c_configuringDNS.html

- https://sysmgt.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.lxca.doc%2Fsecurit y_implement.html

- https://sysmgt.lenovofiles.com/help/topic/com.lenovo.lxca.doc/lxca_qsg_install_kvm.pdf

- https://www.lenovo.com/in/en/data-center/software/systems-management/c/systems-management

- https://www.lenovo.com/us/en/data-center/software/management/

- https://systemx.lenovofiles.com/help/index.jsp?topic=%2Fcom.lenovo.systemx.common. nav.doc%2Foverview_imm2.html&cp=0_4

- https://systemx.lenovofiles.com/help/topic/com.lenovo.sysx.imm2.doc/dw1lm_c_ch3_co nfiguringtheimm.html

- https://systemx.lenovofiles.com/help/topic/com.lenovo.sysx.imm2.doc/NN1ia_c_configu ringnetworkprotocolproperties.html

65.    Defendant has contributed to, and continues to contribute to, the infringement of the '016 patent by others by knowingly providing one or more components, for example the XCC processor and PCH included in the Accused Products, a portion thereof, and/or the software/hardware modules responsible for the accused functionality described herein, that, when installed, configured, and used result in systems that, as intended by Lenovo described above, directly infringe one or more claims of the '016 patent.

66.    Defendant knew of the '016 patent, or should have known of the '016 patent, but was willfully blind to its existence.  Upon information and belief, Defendant had actual knowledge of the '016 patent since at least as early as the service upon Defendant of the Complaint in this action.

67.    By the time of trial, Defendant will or should have known and intended (since receiving such notice) that its continued actions would infringe and would actively induce and contribute to the infringement of the '016 patent.

68.    Defendant has committed, and continues to commit, contributory infringement by selling products and services that directly infringe the '016 patent when used by a third party, such as the Accused '016 Products, and that are a material part of the invention, knowing them to be especially made or adapted for use in infringement of the '016 patent and not staple articles or commodities of commerce suitable for substantial non-infringing use.

69.    As a result of Defendant's acts of infringement, IV has suffered and will continue to suffer damages in an amount to be determined at trial.

## PRAYER FOR RELIEF

IV requests that the Court enter judgment as follows:

(A)    that Defendant has infringed the '140 patent;

(B)    that Defendant has infringed the '016 patent;

(C)    awarding damages sufficient to compensate IV for Defendant's infringement under 35 U.S.C. § 284;

(D)    finding this case exceptional under 35 U.S.C. § 285 and awarding IV its reasonable attorneys' fees;

(E)    awarding IV its costs and expenses incurred in this action;

(F)    awarding IV prejudgment and post-judgment interest; and

(G)    granting IV such further relief as the Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

IV demands trial by jury of all claims so triable under Federal Rule of Civil Procedure 38.


Dated: February 2, 2023.                    Respectfully submitted,


                                            */s/Karl Rupp*
                                            Karl Rupp

66

State Bar No. 24035243
**SOREY & HOOVER, LLP**
100 N. 6TH Street, Ste. 502
Waco, Texas 76701
Tel: (903) 230-5600
Fax: (903) 230-5656
krupp@soreylaw.com

Paul J. Hayes
phayes@princelobel.com
Matthew D. Vella
mvella@princelobel.com
Robert R. Gilman
rgilman@princelobel.com
Jonathan DeBlois
jdeblois@princelobel.com
Brian Seeve
bseeve@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

COUNSEL FOR PLAINTIFFS